```
     RECEIVED
_ FILED        _ SERVED ON
_ ENTERED
         COUNSEL/PARTIES OF RECORD

         NOV - 8 2011

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MARSHALL BURGESS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | 3:11-cv-00718-RCJ-VPC |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff has submitted a *pro se* civil rights complaint. While plaintiff has submitted a signed financial certificate and inmate account statements, he has failed to submit an application to proceed *in forma pauperis* on the required form. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2. Plaintiff will be granted thirty (30) days in which to submit a completed and signed application to proceed *in forma pauperis* on the form provided by this court.

**IT IS THEREFORE ORDERED** that the Clerk **SHALL SEND** plaintiff the approved form for an Application to Proceed *In Forma Pauperis* by a prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*." Within **thirty (30)** days from the date of entry of this order, plaintiff **SHALL FILE** a completed and signed application to proceed *in forma pauperis* on the form provided by this court. Plaintiff's failure to file an application

to proceed *in forma pauperis* in compliance with this order may result in the immediate dismissal of the lawsuit without prejudice.

DATED this 8th day of November, 2011.

_____
UNITED STATES MAGISTRATE JUDGE