```
            FILED              RECEIVED
            ENTERED            SERVED ON
                     COUNSEL/PARTIES OF RECORD

                    NOV - 8 2011

            CLERK US DISTRICT COURT
              DISTRICT OF NEVADA
    BY:                              DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARSHALL BURGESS, JR., )
)
Plaintiff, ) 3:11-cv-00718-RCJ-VPC
)
vs. )
) **ORDER**
U.S. DEPARTMENT OF JUSTICE, *et al.*, )
)
Defendants. )
_____/

      Plaintiff has submitted a *pro se* civil rights complaint. While plaintiff has submitted a signed financial certificate and inmate account statements, he has failed to submit an application to proceed *in forma pauperis* on the required form. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2. Plaintiff will be granted thirty (30) days in which to submit a completed and signed application to proceed *in forma pauperis* on the form provided by this court.

      **IT IS THEREFORE ORDERED** that the Clerk **SHALL SEND** plaintiff the approved form for an Application to Proceed *In Forma Pauperis* by a prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*." Within **thirty (30)** days from the date of entry of this order, plaintiff **SHALL FILE** a completed and signed application to proceed *in forma pauperis* on the form provided by this court. Plaintiff's failure to file an application

to proceed *in forma pauperis* in compliance with this order may result in the immediate dismissal of the lawsuit without prejudice.

DATED this 8th day of November, 2011.

_____
UNITED STATES MAGISTRATE JUDGE