AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

MARSHALL BURGESS, JR.,

      Plaintiff,                      JUDGMENT IN A CIVIL CASE

V.

                              CASE NUMBER: **3:11-CV-00718-RCJ-VPC**

U.S. DEPARTMENT OF JUSTICE, et al.,

      Defendants.

    ___    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    ___    **Decision by Court.** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **X**    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** with prejudice for failure to state a claim for which relief may be granted.

   January 3, 2012                                  **LANCE S. WILSON**
                                                                  Clerk

                                                                 /s/ D. R. Morgan
                                                                 Deputy Clerk